IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CR-131-WKW |
| | ) | [WO] |
| DAMION GREEN and DENISHA | ) | |
| BLANDENBURG | ) | |

**<u>ORDER</u>**

On April 30, 2018, the Magistrate Judge filed a Recommendation (Doc. # 189) that the motions to suppress filed by Defendants Damion Green and Denisha Blandenburg (Docs. # 151, 160) be denied. Defendants timely objected to the Recommendation. (Docs. # 190, 191.) Upon an independent and *de novo* review of the record and the Recommendation, Defendants' objections are due to be overruled and the Magistrate Judge's Corrected Recommendation is due to be adopted.

Defendants' nearly identical objections mostly rehash arguments they made in their nearly identical motions to suppress. The Corrected Recommendation adequately addressed those arguments and properly rejected them. To the extent Defendants object on grounds not addressed in the Recommendation, those grounds are without merit and warrant no discussion.

Accordingly, it is ORDERED as follows:

1.     The Magistrate Judge's Recommendation (Doc. # 189) is ADOPTED;

2.      Defendants' objections (Docs. # 190, 191) are OVERRULED; and

3.      Defendants' motions to suppress (Docs. # 151, 160) are DENIED.

DONE this 17th day of July, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE